UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EUGENE C. BROWN,<br><br>    Plaintiff,<br><br>v.<br><br>C. CHOTHIA, et al.,<br><br>    Defendants. | Case No. 1:19-cv-00352-DAD-EPG (PC)<br><br>FINDINGS AND RECOMMENDATIONS, RECOMMENDING THAT ALL CLAIMS BE DISMISSED EXCEPT FOR PLAINTIFF'S CLAIMS AGAINST DEFENDANTS C. CHOTHIA, A. SHAW, L. KEMPE, C. JUKES, M. GILMORE, J. WALKER, M. CRUTCHFIELD, K.Z. ALLEN, D. ARTIS, AND C. PATILLO FOR DELIBERATE INDIFFERENCE TO SERIOUS RISK OF HARM IN VIOLATION OF THE EIGHTH AMENDMENT; AND HIS CLAIMS AGAINST DEFENDANTS C. JUKES, M. LONDONO, AND M. CRUTCHFIELD FOR RETALIATION IN VIOLATION OF THE FIRST AMENDMENT<br><br>(ECF NOS. 1, 10, 11)<br><br>OBJECTIONS, IF ANY, DUE WITHIN FOURTEEN DAYS |

Plaintiff, Eugene C. Brown, is a state prisoner proceeding *pro se* and *in forma pauperis* in this civil rights action filed pursuant to 42 U.S.C. § 1983.

Plaintiff filed the complaint commencing this action on March 18, 2019. (ECF No. 1.) The Court screened Plaintiff's complaint. (ECF No. 10.) The Court found that Plaintiff's

1

complaint "states cognizable claims under the Eighth Amendment for deliberate indifference to serious risk of harm against Defendants C. Chothia, A. Shaw, L. Kempe, C. Jukes, M. Gilmore, J. Walker, M. Crutchfield, K.Z. Allen, D. Artis, and C. Patillo; and for retaliation in violation of the First Amendment against Defendants C. Jukes, M. Londono, and M. Crutchfield." (*Id.* at 2.) The Court also found that Plaintiff failed to state any other cognizable claims. (*Id.*)

The Court allowed Plaintiff to choose between proceeding only on the claims found cognizable by the Court in the screening order, amending the complaint, or standing on the complaint subject to the Court issuing findings and recommendations to a district judge consistent with the screening order. (*Id.*) On July 8, 2019, Plaintiff notified the Court that he is willing to proceed only on the claims found cognizable by the screening order. (ECF No. 11.)

Accordingly, for the reasons set forth in the Court's screening order that was entered on June 26, 2019 (ECF No. 10), and because Plaintiff has notified the Court that he is willing to proceed only on his claims against Defendants C. Chothia, A. Shaw, L. Kempe, C. Jukes, M. Gilmore, J. Walker, M. Crutchfield, K.Z. Allen, D. Artis, and C. Patillo for deliberate indifference to serious risk of harm in violation of the Eighth Amendment; and his claims against Defendants C. Jukes, M. Londono, and M. Crutchfield for retaliation in violation of the First Amendment (ECF No. 11), it is HEREBY RECOMMENDED that all claims be dismissed, except for Plaintiff's claims against Defendants C. Chothia, A. Shaw, L. Kempe, C. Jukes, M. Gilmore, J. Walker, M. Crutchfield, K.Z. Allen, D. Artis, and C. Patillo for deliberate indifference to serious risk of harm in violation of the Eighth Amendment; and his claims against Defendants C. Jukes, M. Londono, and M. Crutchfield for retaliation in violation of the First Amendment.

These findings and recommendations are submitted to the United States district judge assigned to the case, pursuant to the provisions of Title 28 U.S.C. § 636(b)(l). Within **fourteen (14) days** after being served with these findings and recommendations, Plaintiff may file written objections with the Court. The document should be captioned "Objections to Magistrate Judge's Findings and Recommendations."

\\\

Plaintiff is advised that failure to file objections within the specified time may result in the waiver of rights on appeal. *Wilkerson v. Wheeler*, 772 F.3d 834, 838-39 (9th Cir. 2014) (citing *Baxter v. Sullivan*, 923 F.2d 1391, 1394 (9th Cir. 1991)).

IT IS SO ORDERED.

Dated: **July 12, 2019**

/s/ *Erica P. Grosjean*
UNITED STATES MAGISTRATE JUDGE