UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EUGENE C. BROWN,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>C. CHOTHIA, et al.,<br><br>　　　　Defendants. | 1:19-cv-00352-DAD-EPG (PC)<br><br>FINDINGS AND RECOMMENDATIONS, RECOMMENDING THAT PLAINTIFF'S MOTION FOR TEMPORARY INJUNCTIVE RELIEF BE DENIED AS MOOT<br><br>(ECF No. 25)<br><br>OBJECTIONS, IF ANY, DUE WITHIN TWENTY-ONE DAYS |

Plaintiff, Eugene C. Brown, is a state prisoner proceeding *pro se* and *in forma pauperis* in this civil rights action filed pursuant to 42 U.S.C. § 1983. On October 11, 2019, Plaintiff filed a motion for temporary injunctive relief. (ECF No. 25.)

At the time Plaintiff filed this action and his motion for temporary injunctive relief, Plaintiff worked in a sewing factory at the Sierra Conservation Center. Plaintiff alleges that Defendants have repeatedly changed the propane tank on a forklift located on the sewing factory floor a short distance away from and in the presence of Plaintiff and have allowed propane to escape from the propane tanks and lines, exposing Plaintiff and other inmates in the sewing factory to a serious risk of harm. In his motion for temporary injunctive relief, Plaintiff seeks an order prohibiting Defendants from exchanging the forklift propane tanks on the sewing factory floor while Plaintiff and other inmates are present (ECF No. 25).

During the scheduling conference, held on January 22, 2020, Plaintiff admitted that he is no longer employed at the sewing factory and thus is no longer present when propane tanks are

exchanged on the forklift. Further, Defendants' counsel represented that there was a change in procedure and that the exchange of propane tanks is now occurring in a different location. Plaintiff agreed that this change in procedure occurred but noted that because he is no longer in the sewing factory, he does not know whether this change in procedure is continuing.

By Plaintiff's own admission, he is no longer exposed to the risk of harm upon which his motion for temporary injunctive relief is based. This change in circumstances renders Plaintiff's motion for temporary injunctive relief moot.

**IT IS HEREBY RECOMMENDED** that Plaintiff's motion for temporary injunctive relief (ECF No. 25) be DENIED as moot.

These Findings and Recommendations will be submitted to the United States District Court Judge assigned to this action pursuant to the provisions of 28 U.S.C. § 636 (b)(1). Within **twenty-one (21) days** after being served with a copy of these Findings and Recommendations, any party may file written objections with the court and serve a copy on all parties. Such a document should be captioned "Objections to Magistrate Judge's Findings and Recommendations." The parties are advised that failure to file objections within the specified time may result in the waiver of rights on appeal. *Wilkerson v. Wheeler*, 772 F.3d 834, 839 (9th Cir. 2014) (citing *Baxter v. Sullivan*, 923 F.2d 1391, 1394 (9th Cir. 1991)).
IT IS SO ORDERED.

Dated: **January 28, 2020**

/s/ Erica P. Grosjean
UNITED STATES MAGISTRATE JUDGE