IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **EUGENE C. BROWN,** | Case No. 1:19-cv-00352 DAD EPG |
| Plaintiff, | **ORDER GRANTING MOTION TO EXTEND MOTION TO COMPEL DEADLINE** |
| **v.** | |
| **C. CHOTHIA, et al. ,** | (ECF No. 54) |
| Defendants. | |

Defendants move to extend the June 1, 2020 Motion to Compel Deadline to June 26, 2020, because of issues created by COVID-19 in scheduling Plaintiff's deposition (ECF No. 54). Good cause appearing, the Court will grant the motion.

IT IS ORDERED:

1. Defendants' motion to extend the motion to compel deadline (ECF No. 54) is granted.

2. The Scheduling Order (ECF No. 50) is modified as follows:

| Event | Previous Deadline/Date | New Deadline/Date |
|---|---|---|
| Motion to Compel Filing Deadline | June 1, 2020 | June 26, 2020 |
| Response(s) to Motion(s) to Compel | June 15, 2020 | July 10, 2020 |
| Discovery and Status Conference | June 29, 2020, 10:00 a.m. Courtroom 10 (EPG) | July 29, 2020, 10:00 a.m. Courtroom 10 (EPG) |
| Non-Expert Discovery Cutoff | July 24, 2020 | August 28, 2020 |
| Dispositive Motion Filing Deadline | August 28, 2020 | September 25, 2020 |
| Expert Disclosure Deadline | February 12, 2021 | February 12, 2021 |
| Rebuttal Expert Disclosure Deadline | March 12, 2021 | March 12, 2021 |
| Telephonic Trial Confirmation Hearing | June 14, 2021, 1:30 p.m. Courtroom 5 (DAD) | June 14, 2021, 1:30 p.m. Courtroom 5 (DAD) |
| Jury Trial | August 17, 2021, 8:30 a.m. Courtroom 5 (DAD) | August 17, 2021, 8:30 a.m. Courtroom 5 (DAD) |

1

3.  The Court grants telephonic appearances at the discovery and status conference set for **July 29, 2020, at 10:00 a.m.**, in Courtroom 10 (EPG) before Magistrate Judge Erica P. Grosjean. Each party wishing to so appear is directed to use the following dial-in number and passcode: 1-888-251-2909; passcode 1024453.

4.  All other terms and conditions of the Scheduling Order (ECF No. 50) remain in full force and effect.

IT IS SO ORDERED.

Dated:    **May 18, 2020**                          /s/ _Erica P. Grosjean_
                                           UNITED STATES MAGISTRATE JUDGE

Order (1:19-cv-00352 DAD EPG)