IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **EUGENE C. BROWN,**<br><br>                    Plaintiff,<br><br>     v.<br><br>**C. CHOTHIA, et al. ,**<br><br>                    Defendants. | Case No. 1:19-cv-00352 DAD EPG<br><br>**ORDER GRANTING MOTION TO MODIFY SCHEDULING ORDER TO EXTEND MOTION TO COMPEL DEADLINE**<br><br>(ECF No. 56) |

   Defendants move to extend the Motion to Compel Deadline because of issues created by COVID-19 in scheduling Plaintiff's deposition and a site inspection (ECF No. 56). Good cause appearing, IT IS ORDERED:

   1. The motion to modify the scheduling order and extend the motion to compel deadline (ECF No. 56) is GRANTED. The scheduling order is modified as follows:

| Event | Prior Deadline/Date | New Deadline/Date |
|---|---|---|
| Motion to Compel Filing Deadline | June 26, 2020 | September 9, 2020 |
| Response(s) to Motion(s) to Compel | July 10, 2020 | September 23, 2020 |
| Discovery and Status Conference | July 29, 2020 | October 14, 2020, 1:30 p.m. Courtroom 10 (EPG) |
| Non-Expert Discovery Cutoff | August 28, 2020 | October 30, 2020 |
| Dispositive Motion Filing Deadline | September 25, 2020 | November 30, 2020 |
| Expert Disclosure Deadline | February 12, 2021 | March 12, 2021 |
| Rebuttal Expert Disclosure Deadline | March 12, 2021 | April 9, 2021 |
| Telephonic Trial Confirmation Hearing | June 14, 2021 | June 14, 2021, 1:30 p.m. Courtroom 5 (DAD) |
| Jury Trial | August 17, 2021 | August 17, 2021, 8:30 a.m. Courtroom 5 (DAD) |

2. The Court grants telephonic appearances at the discovery and status conference set for **October 14, 2020, at 1:30 p.m.**, in Courtroom 10 (EPG) before Magistrate Judge Erica P. Grosjean. Each party wishing to so appear is directed to use the following dial-in number and passcode: 1-888-251-2909; passcode 1024453.

3. All other terms and conditions of the Scheduling Order (ECF No. 50) remain in full force and effect.

IT IS SO ORDERED.

Dated:  **June 5, 2020**           /s/ Erica P. Grosjean
                                   UNITED STATES MAGISTRATE JUDGE