IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **EUGENE C. BROWN,**<br><br>　　　　　　　　　Plaintiff,<br><br>　　v.<br><br>**C. CHOTHIA, et al. ,**<br><br>　　　　　　　　　Defendants. | Case No. 1:19-cv-00352 DAD EPG<br><br>**ORDER DENYING AS MOOT PLAINTIFF'S MOTION FOR ORDER AND WRIT OF HABEAS CORPUS AD TESTIFICANDUM**<br><br>(ECF No. 42) |

　　　On December 27, 2019, Plaintiff filed a motion seeking an order and writ of habeas corpus ad testificandum to transport Plaintiff to the hearing on Plaintiff's motion for preliminary injunction/temporary restraining order. (ECF No. 42.) On December 30, 2019, the Court vacated the hearing on Plaintiff's motion for preliminary injunction/temporary restraining order (ECF No. 43), and the motion for preliminary injunction/temporary restraining order was subsequently denied (*see* ECF Nos. 49, 53). Accordingly,

　　　IT IS ORDERED that Plaintiff's motion seeking an order and writ of habeas corpus ad testificandum to transport Plaintiff to the hearing on Plaintiff's motion for preliminary injunction/temporary restraining order (ECF No. 42) is DENIED as moot.

IT IS SO ORDERED.

　　Dated:　**June 29, 2020**　　　　　　　　　　/s/ Erica P. Grosjean
　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1