IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EUGENE C. BROWN,<br><br>                                    Plaintiff,<br><br>          v.<br><br>C. CHOTHIA, et al.,<br><br>                                    Defendants. | 1:19-cv-00352 DAD EPG<br><br>ORDER GRANTING MOTION TO MODIFY SCHEDULING ORDER AND EXTEND MOTION TO COMPEL DEADLINE<br><br>(ECF No. 59) |

Before the Court is Defendants' third motion to modify the scheduling order and extend the motion to compel deadline. (ECF No. 59.) Defendants request an extension of the pretrial deadlines, except the deadlines to complete written discovery and for the disclosure of experts, because of issues created by COVID-19 in scheduling Plaintiff's deposition and a site inspection. (*See id.*) The Court finds good cause for and will accordingly grant the requested modification of the scheduling order and extension of deadlines.

IT IS ORDERED:

1. The motion to modify the scheduling order (ECF No. 59) is GRANTED.

2. The scheduling order is modified as follows:

///

///

| Event | Prior Deadline/Date | New Deadline/Date |
|---|---|---|
| Motion to Compel Filing Deadline | September 9, 2020 | November 8, 2020 |
| Response(s) to Motion(s) to Compel | September 23, 2020 | November 22, 2020 |
| Discovery and Status Conference | October 14, 2020 | December 7, 2020, 3:00 p.m. Courtroom 10 (EPG) |
| Cutoff for taking Depositions | October 30, 2020 | December 29, 2020 |
| Dispositive Motion Filing Deadline | November 30, 2020 | January 29, 2021 |
| Expert Disclosure Deadline | March 12, 2021 | March 12, 2021 |
| Rebuttal Expert Disclosure Deadline | April 9, 2021 | April 9, 2021 |
| Telephonic Trial Confirmation Hearing | June 14, 2021 | July 12, 2021, 1:30 p.m. Courtroom 5 (DAD) |
| Jury Trial | August 17, 2021 | September 14, 2021, 8:30 a.m. Courtroom 5 (DAD) |

3. The Court grants telephonic appearances at the discovery and status conference set for December 7, 2020, at 3:00 p.m., in Courtroom 10 (EPG) before Magistrate Judge Erica P. Grosjean. Each party wishing to so appear is directed to use the following dial-in number and passcode: 1-888-251-2909; passcode 1024453.

4. All other terms and conditions of the scheduling Order (ECF No. 50) remain in full force and effect.

IT IS SO ORDERED.

Dated: **August 20, 2020**          /s/ Erica P. Grosjean
                                    UNITED STATES MAGISTRATE JUDGE