UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EUGENE C. BROWN,<br><br>Plaintiff,<br><br>v.<br><br>C. CHOTHIA, et al.,<br><br>Defendants. | Case No. 1:19-cv-00352-DAD-EPG (PC)<br><br>ORDER RE: STIPULATED REQUEST FOR DISMISSAL OF DEFENDANT C. PATILLO WITH PREJUDICE<br><br>(ECF No. 66) |

Plaintiff Eugene C. Brown and Defendants C. Chothia, A. Shaw, K. Kempe, C. Jukes, M. Londono, M. Gilmore, J. Walker, M. Crutchfield, C. Patillo, K.Z. Allen, and D. Artis have filed a stipulation to dismiss all claims against Defendant C. Patillo with prejudice. (ECF No. 66.) Pursuant to the stipulation, the case against Defendant C. Patillo has ended and the case is dismissed with prejudice only as to Defendant C. Patillo. *See* Fed. R. Civ. P. 41(a)(1)(A); *Wilson v. City of San Jose*, 111 F.3d 688, 692 (9th Cir. 1997). Accordingly, the Clerk of the Court is respectfully directed to terminate only Defendant C. Patillo on the docket.

IT IS SO ORDERED.

Dated: **December 9, 2020**  /s/ Erica P. Grosjean
UNITED STATES MAGISTRATE JUDGE