UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EUGENE C. BROWN,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>C. CHOTHIA, et al.,<br><br>　　　　Defendants. | Case No.  1:19-cv-00352-DAD-EPG (PC)<br><br>ORDER GRANTING DEFENDANTS' MOTION TO MODIFY THE SCHEDULING ORDER AND EXTEND THE DISPOSITIVE MOTION DEADLIUNE BY SEVEN DAYS<br><br>(ECF No. 68) |

　　　Before the Court is Defendants' fourth motion to modify the Scheduling Order and extend the dispositive motion filing deadline. (ECF No. 68.) Defendants request a seven-day extension of the dispositive motion filing deadline from January 29, 2021, to February 5, 2021, because of issues created by a power and internet outage. (*See* ECF Nos. 68-1, 68-2.) The Court finds good cause for and will accordingly grant the requested modification of the Scheduling Order.

　　　Accordingly, IT IS HEREBY ORDERED that:

1. Defendants' motion to modify the scheduling order (ECF No. 68) is GRANTED;
2. The Scheduling Order (ECF No. 50), as previously modified (ECF Nos. 55, 57, 60), is further modified and the deadline for filing dispositive motions is extended from January 29, 2021, to February 5, 2021; and

///

///

1

3. All other terms and conditions of the Scheduling Order (ECF No. 50) remain in full force and effect. No further modifications of the Scheduling Order will be granted absent good cause.

IT IS SO ORDERED.

Dated:  **January 29, 2021**                    /s/ Erica P. Grosjean
                                                                UNITED STATES MAGISTRATE JUDGE

2