UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EUGENE C. BROWN, | Case No. 1:19-cv-00352-DAD-EPG (PC) |
| Plaintiff, | ORDER GRANTING PLAINTIFF'S MOTION TO MODIFY THE SCHEDULING ORDER AND EXTEND THE DISPOSITIVE MOTION DEADLINE BY THIRTY DAYS |
| v. | |
| C. CHOTHIA, et al., | |
| Defendants. | (ECF No. 71) |

Before the Court is Plaintiff's motion to modify the Scheduling Order and extend the dispositive motion filing deadline. (ECF No. 71.) Plaintiff seeks an extension of the dispositive motion filing deadline from February 5, 2021, to March 8, 2021. (ECF No. 71.)[1] Plaintiff explains that he is currently in the process of preparing a motion for summary judgment and he has experienced complications finalizing it due to a COVID-19 outbreak in December of 2020, which caused quarantines, lockdowns, and staff shortages and made the law library inaccessible. (*Id.*)

The Court finds good cause for and will accordingly grant the requested modification of the Scheduling Order.

However, if Plaintiff requests any further extensions of time to file his motion, he must

---

[1] Defendants filed a motion for summary judgment on February 5, 2021. (ECF No. 70.) Plaintiff does not request an extension of time to file an opposition to Defendants' motion. (*See* ECF No. 71.) Accordingly, Plaintiff's opposition is still due no more than twenty-one days from the date of service of Defendants' motion for summary judgment. *See* Local Rule 230(l). If Plaintiff requires more time to oppose that motion, Plaintiff should file a motion for extension of time.

1

include specific requests for law library access or paging to show that he is unable to comply with the new deadline, along with the institution's response.

Accordingly, IT IS HEREBY ORDERED that:

1. Plaintiff's motion to modify the scheduling order (ECF No. 68) is GRANTED;
2. The Scheduling Order (ECF No. 50), as previously modified (ECF Nos. 55, 57, 60, 69), is further modified and the deadline for filing dispositive motions is extended from February 5, 2021, to March 8, 2021; and
3. All other terms and conditions of the Scheduling Order (ECF No. 50) remain in full force and effect.

IT IS SO ORDERED.

Dated: **February 18, 2021**         /s/ Erica P. Grosjean
                                     UNITED STATES MAGISTRATE JUDGE