UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EUGENE C. BROWN, | Case No. 1:19-cv-00352-DAD-EPG (PC) |
| Plaintiff, | ORDER DENYING PLAINTIFF'S REQUEST FOR A SETTLEMENT CONFERENCE |
| v. | |
| C. CHOTHIA, et al., | (ECF No. 75) |
| Defendants. | |

Plaintiff Eugene C. Brown ("Plaintiff") is proceeding *pro se* and *in forma pauperis* in this civil rights action pursuant to 42 U.S.C. § 1983.

On March 23, 2021, Plaintiff filed a request for a settlement conference. (ECF No. 75.)[1] Plaintiff states that a settlement conference would be productive and requests that the Court "set a future settlement conference and provide notice to Defendants to procure attendance." (*Id.*)

In light of Defendants' pending motion for summary judgment, as well as Defendants' counsel's representation at the status conference held on December 7, 2020 that they would like to schedule a settlement conference if the case is not resolved by summary judgment, the Court will not set a settlement conference at this time. If Defendants wish to set a settlement conference in the future, they may contact Michelle Rooney (mrooney@caed.uscourts.gov), Courtroom

---

[1] Plaintiff's request was addressed to Wendy Kusamura, Courtroom Deputy for Magistrate Judge Sheila K. Oberto. Magistrate Judge Oberto held a settlement conference with the parties on December 17, 2019, and invited them to contact Ms. Kusamura if they later determined that a settlement conference would be productive. (ECF No. 40.)

1

Deputy for the undersigned, or ADR Coordinator Sujean Park (spark@caed.uscourts.gov) to schedule the settlement conference.

Accordingly, IT IS HEREBY ORDERED that Plaintiff's request for a settlement conference (ECF No. 75) is DENIED.

IT IS SO ORDERED.

Dated: __**March 31, 2021**__                    /s/ Erica P. Grosjean
                                              UNITED STATES MAGISTRATE JUDGE