UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EUGENE C. BROWN,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>C. CHOTHIA, et al.,<br><br>　　　　　Defendant. | Case No.  1:19-cv-00352-DAD-EPG<br><br>ORDER DIRECTING COUNSEL FOR DEFENDANTS TO COORDINATE SETTLEMENT CONFERENCE OR FILE STATUS REPORT<br><br>(ECF No. 65) |

　　　　On December 7, 2020, the Court held a status conference with the parties and, pursuant to the parties' agreement, vacated the Telephonic Trial Confirmation Hearing and trial dates. (ECF No. 65.) Counsel for Defendants was directed to schedule a settlement conference with Magistrate Judge Sheila K. Oberto within twenty-one (21) days of entry of a final order on Defendants' dispositive motion, if the case did not fully resolve, to schedule a settlement conference. (*Id.*)

　　　　On July 12, 2021, the Court entered findings and recommendations recommending that Defendants' motion for summary judgment be granted in part and denied in part. (ECF No. 83.) On September 10, 2021, District Judge Dale A. Drozd entered an order adopting the findings and recommendations. (ECF No. 85.) Pursuant to Judge Drozd's order, the case has not fully resolved and Plaintiff's First Amendment retaliation claims against Defendants Jukes, London, and

Crutchfield remain pending. (*See id.*) More than twenty-one (21) days have elapsed since Judge Drozd's order was entered and, to date, Defendants' counsel has not contacted the Court to schedule a settlement conference.

Accordingly, IT IS HEREBY ORDERED that, within fourteen (14) days of entry of this order, Defendants' counsel shall contact ADR Coordinator Sujean Park (spark@caed.uscourts.gov) to schedule a settlement conference.

IT IS SO ORDERED.

Dated:  **October 5, 2021**                    /s/ Eric P. Groj
                                                                   UNITED STATES MAGISTRATE JUDGE