UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EUGENE C. BROWN,<br><br>    Plaintiff,<br><br>    v.<br><br>C. CHOTHIA, et al.,<br><br>    Defendants. | Case No. 1:19-cv-00352-DAD-EPG (PC)<br><br>ORDER RE: STIPULATION FOR DISMISSAL WITH PREJUDICE<br><br>(ECF No. 97) |

    On February 9, 2022, the parties filed a stipulation to dismiss this entire action with prejudice. (ECF No. 97.) In light of the stipulation, the case has ended and is dismissed with prejudice. *See* Fed. R. Civ. P. 41(a)(1)(A); *Wilson v. City of San Jose*, 111 F.3d 688, 692 (9th Cir. 1997). Accordingly, the Clerk of the Court is respectfully directed to close this case.

    However, the Court retains jurisdiction over the litigation to enforce the terms of the parties' settlement agreement.

IT IS SO ORDERED.

Dated:   **February 11, 2022**            /s/ *Erica P. Grosjean*
                                                          UNITED STATES MAGISTRATE JUDGE