UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EUGENE C. BROWN,<br><br>    Plaintiff,<br><br>    v.<br><br>C. CHOTHIA, et al.,<br><br>    Defendant. | Case No. 1:19-cv-00352-DAD-EPG (PC)<br><br>ORDER REGARDING PLAINTIFF'S NOTICE RE: SETTLEMENT<br><br>(ECF Nos. 99, 101) |

Plaintiff Eugene C. Brown ("Plaintiff"), a state inmate proceeding *pro se* and *in forma pauperis,* commenced this action against Defendants C. Chothia, A. Shaw, L. Kempe, C. Jukes, M. Gilmore, J. Walker, M. Crutchfield, K.A. Allen, D. Artis, and C. Patillo[1] ("Defendants") on March 18, 2019. (ECF No. 1.) On February 8, 2022, the parties attended a settlement conference with Magistrate Judge Sheila K. Oberto and reached a settlement. (ECF No. 95.) This case was dismissed pursuant to the parties' stipulation on February 11, 2022. (ECF Nos. 97, 98.)

On May 26, 2022, Plaintiff filed a notice regarding the current status of settlement. (ECF No. 99.) Plaintiff states that the settlement conditions have not been met because Plaintiff has an outstanding balance with the Court of $288.49 and the parties agreed that "Plaintiff would be placed in a situation of $0.00 outstanding balance for court costs[.]" (*Id.*) Plaintiff requests that the Court require Defendants to complete the terms of the settlement agreement. (*Id.*)

---

[1] Defendant Patillo was dismissed with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) on December 9, 2020. (ECF No. 67.)

1

On June 1, 2022, Defendants filed a response. (ECF No. 101.) Defendants explain that this case was settled for the sum of $6,000.00 and removal of Counseling Chrono log number 5769250 from Plaintiff's central file, and these settlement conditions have occurred. (*Id.*) There was no agreement to pay Plaintiff's court costs. (*Id.*) Instead, the settlement specifically states that each party is responsible for their own fees and costs. (*Id.*) Defendants attach a copy of the settlement agreement to their response. (*Id.* at Ex. A.)

It appears that Defendants have timely paid the settlement funds and removed Counseling Chrono log number 5769250 from Plaintiff's central file pursuant to the terms of the settlement agreement. The Court has further reviewed the settlement agreement as well as the audio transcript of the terms of the settlement from the February 8, 2022 settlement conference. As Defendants represent in their response, the parties expressly agreed that each party would bear their own fees and costs. Accordingly, the Court will take no action at this time.

IT IS SO ORDERED.

Dated:  **June 2, 2022**                    /s/ Erica P. Grosjean
                                                                   UNITED STATES MAGISTRATE JUDGE